Mary Jane PACIONI, Plaintiff–Appellant,

v.

UNUM LIFE INSURANCE COMPANY of America, aka Unum Provident Life Insurance Company of America; Novacare Long Term Disability Plan; Novacare, Inc., Defendants–Appellees.

No. 04–16510.

United States Court of Appeals, Ninth Circuit.

Submitted Dec. 6, 2006 *.

Filed Dec. 8, 2006.

Eric G. Slepian, Esq., Phoenix, AZ, for Plaintiff–Appellant.

Stephen M. Bressler, Esq., Susan M. Freeman, Esq., Lewis & Roca, LLP, Phoenix, AZ, Brenden James Griffin, Esq., Lewis & Roca, LLP, Tucson, AZ, for Defendants–Appellees.

Before: T.G. NELSON, GOULD, and CALLAHAN, Circuit Judges.

MEMORANDUM **

The district court granted summary judgment in this case by applying our decision in *Atwood v. Newmont Gold Co.*, 45 F.3d 1317 (9th Cir.1995). After the district court granted summary judgment, we overruled *Atwood* in *Abatie v. Alta Health & Life Insurance Co.*, 458 F.3d 955, 967

(9th Cir.2006) (en banc). We vacate the district court's order granting summary judgment in favor of the defendants and remand this case to the district court for further proceedings consistent with *Abatie*.

**VACATED AND REMANDED.**

---

* This disposition is not appropriate for publication and may not be cited to or by the courts